# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00334-CV

**Lizbeth Hernandez, Appellant**

**v.**

**Travis County, Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 281,129, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I ON

Appellant Lizbeth Hernandez has notified us that the parties have signed a settlement agreement and moves to dismiss her appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton, Waldrop

Dismissed on Appellant's Motion

Filed:  August 9, 2006